IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PORFIRIO PERALTA VASQUEZ,        :

    Plaintiff,        :

vs.        :        CA 11-0382-KD-C

YAN FEI WANG, et al.,        :

    Defendants.

**ORDER**

This action is back before the Court on another unopposed motion by the defendants to extend the time to complete discovery and to file dispositive motions (Doc. 36), filed July 6, 2012, the date by which discovery was to have been completed in accordance with the supplemental Rule 16(b) scheduling order (*see* Doc. 35, at 4 ("All discovery is to be completed on or before **July 6, 2012**.")). Despite the undersigned's parenthetical observation in the May 24, 2012 order that no circumstances could be perceived that would establish "good cause sufficient to amend the scheduling order in this case again[]" (Doc. 35, at 4 n.2), defendants maintain in the present motion that additional time is needed to depose the plaintiff and finalize the defendants' responses to written discovery propounded by plaintiff (Doc. 36, at 2-3). Counsel for defendants again points to the language barrier which has existed in this case and the fact that she has now garnered the services of a translator who has enabled her to effectively

communicate with her clients such that "there should be no further delays in this matter." (Doc. 36, at 3.)

Although the undersigned is reticent about granting the present request, it should be noted that granting the defendants' motion will have no impact on any of the remaining deadlines set forth in the supplemental scheduling order. (*Compare* Doc. 36 *with* Doc. 35, at 4-5.) Accordingly, the defendants' second motion for extension of time to complete discovery and to file dispositive motions (Doc. 36) is **GRANTED**. All discovery in this action is to be completed on or before **August 1, 2012** and all dispositive motions are to be filed not later than **August 6, 2012**.[1]

**DONE** this the 9th day of July, 2012.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] This is the final extension of the remaining Rule 16(b) deadlines that will be granted in this non-jury FLSA action.