IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PORFIRIO PERALTA VASQUEZ, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 11-0382-KD-C |
| YAN FEI WANG, et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 18, 2012 is **ADOPTED** as the opinion of this Court. Accordingly, the defendants' motion to dismiss is **GRANTED**.

**DONE** this 9th day of October, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE