IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PORFIRIO PERALTA VASQUEZ,           :

   Plaintiff,                                              :

vs.                                                                :     Civil Action No. 11-0382-KD-C

YAN FEI WANG, et al.,                        :

   Defendants.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 37 for failure to attend deposition (Doc. 41) is **GRANTED**.

Accordingly, this action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, given plaintiff's willful conduct in failing to appear for his deposition and because no lesser sanction will suffice.

**DONE** this 9th day of October, 2012.

   s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**

1